UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-cr-108-1M

UNITED STATES OF AMERICA, )
)
Plaintiff )
)
VS. ) ORDER
)
MUWSAY IBN IBRAHIM TULU, )
Defendant. )

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors on September 4, 2025 (DAY 2). The cost of these meals totals $139.98, plus tip in the amount of $15.00 for a total of $154.98. The clerk is DIRECTED to pay **Domino's Pizza** the sum of $154.98 using the Court's purchase credit card.

SO ORDERED this the 4th day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE