# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

Case No: 5:24-CR-108-1M

**UNITED STATES OF AMERICA**

**vs.**                                                    **ORDER**

**MUWSAY IBN IBRAHIM TULU**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on September 3, 2025, be turned over to the case agent, Joseph Davieau, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1,2,3,4,5,6,7,8,9,10,11,12,13,14 15,16,17,18,19,20,21,22 | Drugs, firearms, ammunition |

This 3rd day of September, 2025.

_____
Richard E. Myers II
Chief United States District Judge

Agent's Signature: _____