IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00108-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| MUWSAY IBN IBRAHIM TULU, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se Motion to Transfer [DE 137] and Motion to Extend [DE 136]. After careful review, both motions are denied.

Defendant moves pursuant to Federal Rule of Criminal Procedure 20 to transfer his case to the Middle District of North Carolina for sentencing. DE 137 at 1. Rule 20 provides that in some circumstances, a criminal prosecution may be transferred "from the district where the indictment or information is pending" to the "district where the defendant is arrested, held, or present[.]" Fed. R. Crim. P. 20(a). Transfer is only appropriate when (1) "the defendant states in writing a wish to plead guilty or nolo contendere and to waive trial in the district where the indictment . . . is pending"; and (2) "the United States attorneys in both districts approve the transfer in writing." *Id.* Neither prong is met here. Defendant entered not guilty pleas to counts two through six of the superseding indictment, and a jury returned guilty verdicts on all five counts.[1] DE 122. Moreover,

---

[1] The possibility of transfer under Rule 20 is inapplicable to defendants who have entered a not guilty plea. Rule 20(c) provides that "[i]f the defendant pleads not guilty after the case has been transferred under Rule 20(a), the clerk must return the papers to the court where the prosecution began, and that court must restore the proceeding to its docket." Fed. R. Crim. P. 20(c).

the United States has not provided consent in writing to the requested transfer. DE 141. The motion [DE 137] is therefore DENIED.

Defendant also moves for a fourteen-day extension in which to file an objection to the draft presentence investigation report. DE 136. During the pendency of the motion, Defendant submitted several objections to which the court will give full consideration. DE 138. The motion for an extension [DE 136] is DENIED AS MOOT.

SO ORDERED this 15th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE