IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00108-M-RJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MUWSAY IBN IBRAHIM TULU,

     Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motions to Continue Sentencing [DE 171, 180], Motion to Appoint Counsel for Sentencing [DE 172], and Motion to Transfer [DE 175]. Defendant was sentenced on February 3, 2026, and the court has issued a final judgment. *See* DE 164. All four motions are therefore DENIED AS MOOT.

SO ORDERED this _27th_ day of March, 2026.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE