IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00108-M-RJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUWSAY IBN IBRAHIM TULU,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Sentencing Transcripts [DE 184]. This court does not consider pro se motions filed by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Defendant is currently represented before the Fourth Circuit by Rudolph Alexander Ashton, III, who has already ordered and received a copy of the requested transcript. *See* DE 179; *see also United States v. Tulu*, No. 26-4061, at DE 7 (4th Cir. Feb. 17, 2026). Accordingly, Defendant's pro se motion [DE 184] is DENIED WITHOUT PREJDUICE.

SO ORDERED this ___30th___ day of June, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE